**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **MF GLOBAL CAPITAL LLC, individually** )<br>**and on behalf of all others similarly situated,** )<br>) <br>       **Plaintiffs,** )<br>**v.** )<br>)<br>**BANK OF AMERICA CORPORATION; et al.,** )<br>)<br>       **Defendants.** ) | **Civil Action No. 1:13-cv-5417**<br><br>**Honorable Milton I. Shadur** |

## REQUEST FOR REFUND OF FILING FEE

Pursuant to General Order 07-0023, Plaintiff herby moves for an Order refunding Plaintiffs its overpayment of $400.00. In support therefore, Plaintiff states as follows:

1.    In connection with filing its complaint and its Local Rule 3.2 Disclosure Statement, on July 29, 2013, Plaintiff paid into the Court $800.00, twice the required filing fee (receipt numbers 0752-8584602 and 0752-8584615).

WHEREFORE, Plaintiff requests the Clerk of Court refund Plaintiff the duplicate filing fee payment of $400.00, receipt number 0752-8584602.

1

| | |
|---|---|
| Dated: August 6, 2013 | / s / George A. Zelcs |
| | George A. Zelcs |
| | John A. Libra |
| | Korein Tillery LLC |
| | 205 North Michigan Plaza |
| | Suite 1950 |
| | Chicago, Illinois 60601 |
| | Tel: (312) 641-9750 |
| | Fax: (312) 641-9751 |
| | gzelcs@koreintillery.com |
| | |
| | Steven M. Tillery |
| | Robert King |
| | Giuseppe S. Giardina |
| | Korein Tillery LLC |
| | One U.S. Bank Plaza |
| | 505 N. 7th Street, Suite 3600 |
| | St. Louis, MO 63101-1625 |
| | Tel: (314) 241-4844 |
| | Fax: (314) 241-3525 |
| | stillery@koreintillery.com |
| | rking@koreintillery.com |
| | ggiardina@koreintillery.com |
| | |
| | Roberta D. Liebenberg |
| | Jeffrey Istvan |
| | Adam J. Pessin |
| | FINE, KAPLAN & BLACK, R.P.C. |
| | One South Broad Street |
| | Suite 2300 |
| | Philadelphia, PA 19107 |
| | Tel: (215) 567-6565 |
| | Fax: (215) 568-5872 |
| | rliebenberg@finekaplan.com |
| | jistvan@finekaplan.com |
| | apessin@finekaplan.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2013, I electronically filed the foregoing **Plaintiff's Request for Refund of Filing Feed** with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

By: /s/ George A. Zelcs
GEORGE A. ZELCS